1 REIDUN STRØMSHEIM (CSBN 104938)
JOANNE LAFRENIERE (CSBN 158011)
2 STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
3 San Francisco, California 94111
Telephone: (415) 989-4100
4 FAX: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for John Kendall, Chapter 7 Trustee

McNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
MICHAEL C. ABEL (CSBN 187743)
THOMAS B. RUPP (CSBN 278041)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Administrative Claimant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>FRESH CHOICE,<br>    Debtors. | Case No. 12-46157 RLE<br>Chapter 7<br>Adv No. 12-4241 |
| JOHN KENDALL, CHAPTER 7 TRUSTEE and MCNUTT LAW GROUP LLP, ADMINISTRATIVE CLAIMANT,<br>    Plaintiff,<br>    vs.<br>DAVID S. BOYD,<br>    Defendant. | **STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL AND STATUS CONFERENCE**<br><br>Judge: Honorable Roger Efremsky<br>Date: December 19, 2013<br>Time: 11:00 a.m.<br>Place: 1300 Clay Street<br>Courtroom 201<br>Oakland, California |

Plaintiffs John T. Kendall, chapter 7 trustee (the "Trustee") and McNutt Law Group ("MLG" and, together with the Trustee, the "Plaintiffs") and Defendant David S. Boyd ("Boyd") hereby stipulate as follows:

The Parties have reached an agreement that resolves all disputes in the above-captions adversary proceeding. On December 13, 2013, the Trustee filed a motion seeking approval of the settlement agreement (*see* Main Case 12-46157, Docket Nos. 530-534). If the settlement agreement is approved, the hearing on this matter will be moot.

Consequently, the Parties stipulate that the hearing on Boyd's MOTION TO COMPEL DISCOVERY AND FOR COSTS [Docket No. 8] and the Status Conference scheduled for December 19, 2013 at 11:00 a.m. shall be continued until January 23, 2014, at 11:00 a.m.

DATED: December 17, 2013        MANASIAN & ROUGEAU, LLP

By:  */s/ Paul E. Manasian*
Paul E. Manasian
Attorneys for Defendant David S. Boyd

DATED: December 17, 2013        STROMSHEIM & ASSOCIATES

By:  */s/ Reidun Stromsheim*
Reidun Stromsheim
Attorneys for John Kendall,
Chapter 7 Trustee

DATED: December 17, 2013        MCNUTT LAW GROUP LLP

By:  */s/ Michael C. Abel*
Michael C. Abel
McNutt Law Group LLP
Administrative Claimant